IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NADAN R. HOSEA, ET AL., <br><br> Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** <br><br> Case No. 2:19-cv-00529-DN <br><br> District Judge David Nuffer |

The November 10, 2020 Order to Show Cause Re: Lack of Prosecution ordered Plaintiff to file a status report by no later than December 4, 2020.[1] The status report was to include a statement regarding Plaintiff's diligence in pursuing its claims against each remaining defendant[2] and specific plans, procedures, and a proposed schedule for moving the case to disposition.[3] Plaintiff was also warned that failure to timely file a status report would result in the case being dismissed for lack of prosecution without further notice.[4]

To date, Plaintiff has failed respond to the Order to Show Cause Re: Lack of Prosecution. Therefore,

---

[1] Docket no. 34, filed Nov. 10, 2020.

[2] The remaining defendants are: Melissa Christensen, Nadan R. Hosea, Sara Richins, and Wade Hall.

[3] *Id*. at 2.

[4] *Id*.

IT IS HEREBY ORDERED that Plaintiff's claims and this action against Defendants Melissa Christensen, Nadan R. Hosea, Sara Richins, and Wade Hall are DISMISSED without prejudice for Plaintiff's failure to prosecute.

The Clerk is directed to close the case.

Signed December 29, 2020.

BY THE COURT

David Nuffer
United States District Judge